Rev 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

JASON VADEN

Plaintiff(s)

V.

PUTNAM COUNTY, TENNESSEE

Defendant(s)

Case No.: 2:24-CV-83

Judge: WAVERLY D. CRENSHAW, JR.

Date of Trial (Day One): 8/18/2026

Location: ◯ Nashville ◯ Columbia ☑ Cookeville

Court Reporter: GARY SCHNEIDER

Court Interpreter:

## CIVIL JURY MINUTES
(Day One Only)

Plaintiff's Attorney(s): ETHAN HARGRAVES

Defense Attorney(s): MARY DEE ALLEN, KENNETH WILLIAMS

JURORS (complete on day 1 only):

| | | | |
|---|---|---|---|
| 1. | | 6. | |
| 2. | | 7. | |
| 3. | | 8. | |
| 4. | | 9. | |
| 5. | | 10. | |

COMMENTS:

Day one of Trial.
- Jury selected and seated.
- Opening Statements made.
- Exhibits and Witnesses presented.
- Trial to resume on August 19, 2026.

Total Time in Court: 4 hours and 52 minutes

Clerk of Court

by: MELISSA SEAY

Reset Form