UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| **JASON VADEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:24-cv-00083** |
| | ) | |
| **PUTNAM COUNTY, TENNESSEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## VERDICT FORM

We, the jury, unanimously answer the questions below as follows:

### CLAIM ONE – DISABILITY DISCRIMINATION

1. Did Jason Vaden prove, by a preponderance of the evidence, that Putnam County, Tennessee discriminated against him when he was placed on permanent unpaid leave because of his disability?

   Yes ✓ No ________

   *Proceed to Question 2.*

### CLAIM TWO – FAILURE TO ACCOMMODATE

2. Did Jason Vaden prove, by a preponderance of the evidence, that Putnam County, Tennessee discriminated against him when it failed to provide him a reasonable accommodation for his disability?

   Yes ✓ No ________

   *Proceed to Question 3*

### CLAIM THREE – INTERFERENCE

3. Did Jason Vaden prove, by a preponderance of the evidence, that Putnam County, Tennessee coerced, intimidated, threatened, or interfered with him because he requested an accommodation?

   Yes ✓ No ________

*If you answered "No" to Questions 1, 2, and 3, do not answer the remaining questions. You have reached a verdict. Sign and date the Verdict Form and send a written message to the Court that you have reached a verdict.*

*If you answered "Yes" to Questions 1, 2, or 3, proceed to Question 4.*

**DAMAGES**

4. What is the amount of compensatory damages, if any, that you award Jason Vaden?

Compensatory damages: $ 252,859.81

*Proceed to Question 5.*

5. What amount of back pay, if any, do you find Jason Vaden proved by a preponderance of the evidence was caused by Putnam County, Tennessee unlawful conduct?

*Back pay (advisory):* $ 80,489.27

*Regardless of how you answered Question 5.*

*Sign and date the Verdict Form and send a written message to the Court that you have reached a verdict.*

8/21/26
Date

Fo[redacted]