**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **JASON VADEN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PUTNAM COUNTY, TN,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NO. 2:24-cv-00083** |

**JUDGMENT IN A CIVIL CASE**

✓ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED that the jury found as follows:**

* The jury found by a preponderance of the evidence that Putnam County, Tennessee discriminated against him when he was placed on permanent unpaid leave because of his disability.

* The jury found by a preponderance of the evidence that Putnam County, Tennessee discriminated against him when it failed to provide him a reasonable accommodation for his disability.

* The jury found by a preponderance of the evidence that Putnam County, Tennessee coerced, intimidated, threatened, or interfered with him because he requested an accommodation.

* The amount of compensatory damages awarded to plaintiff is $252,859.81

* The jury found by a preponderance of the evidence that the plaintiff is entitled to $80,489.27 for back pay.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY RENDERED ON AUGUST 21, 2026 JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE PLAINTIFF.**

VICKI KINKADE, CLERK

BY: *MELISSA SEAY*
Deputy Clerk